**STATE of Missouri, Respondent,**

v.

**Eugene C. YOUNG, Appellant.**

**No. WD 34897.**

Missouri Court of Appeals,
Western District.

April 17, 1984.

James W. Fletcher, Public Defender, Kevin Locke, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before MANFORD, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of conviction of second degree robbery, § 569.030 RSMo. 1978, and sentenced to fifteen years imprisonment, of the Circuit Court of Jackson County.

Affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Jerry ECKELBERRY, Appellant.**

**No. WD 35376.**

Missouri Court of Appeals,
Western District.

April 17, 1984.

William D. Farrar, Kirksville, for appellant.

John Ashcroft, Atty. Gen., John J. Oldenburg, Jr., Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of conviction of rape, Section 566.030, RSMo Supp.1983, and sentence to twelve years' imprisonment, of the Circuit Court of Adair County.

Affirmed. Rule 30.25(b).